UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SCOTT N. JOHNSON,

        Plaintiff,

   v.

ROSEVILLE AUTO UPHOLSTERY, INC., individually and dba ROSEVILLE AUTO UPHOLSTERY;

        Defendant.

NO. CIV.S-08-2968 FCD EFB

ORDER

----oo0oo----

The court is in receipt of defendant Roseville Auto Upholstery, Inc. "Answer to Complaint" [Docket #5], filed by Roseville Auto Upholstery, Inc., in propria persona.  It is well established that "a corporation may appear in the federal courts *only through licensed counsel*." Rowland v. California Men's Colony, 506 U.S. 194, 202 (1993) (emphasis added).  Because no licensed counsel has appeared for the corporate defendant, there has been no proper appearance by defendant Roseville Auto Upholstery, Inc.  Accordingly, the "Answer to Complaint" [Docket #5] is STRICKEN.  Defendant Roseville Auto Upholstery, Inc. is granted ten (10) days from the issuance of this order to properly

1  appear in this action through licensed counsel.
2       IT IS SO ORDERED.
3  DATED: January 13, 2009

            FRANK C. DAMRELL, JR.
            UNITED STATES DISTRICT JUDGE