1  SCOTT N. JOHNSON, ESQ., SBN 166952
   DISABLED ACCESS PREVENTS INJURY, INC.
   5150 FAIR OAKS BLVD., SUITE 101
2  PMB #253
   CARMICHAEL, CA 95608-5758
3  TELEPHONE (916) 485-3516
   FAX (916) 481-4224
4  E-MAIL scottnjohnson@comcast.net

5  Attorney for Plaintiff Scott N. Johnson

6

7

8                **UNITED STATES DISTRICT COURT**

9             **EASTERN DISTRICT OF CALIFORNIA**

10

11

12
                                    ) Case No.**2:08-cv-02968-FCD-EFB**
13 SCOTT N. JOHNSON                 )
                                    ) STIPULATION AND ORDER RE:
14         Plaintiff,               ) EXTENSION OF TIME UNTIL
                                    ) FEBRUARY 11, 2009 FOR DEFENDANT
15      vs.                         ) ROSEVILLE AUTO UPHOLSTERY INC.
                                    ) TO RESPOND TO COMPLAINT
16 ROSEVILLE AUTO UPHOLSTERY INC., )
                                    )
17 ET AL.                           )
                                    )
18         Defendants               )
                   _____
19 _____

20

21        Pursuant to Local Rule 6-144 (a), Plaintiff Scott N.

22 Johnson and Defendant, Roseville Auto Upholstery Inc., by

23 and through their respective attorneys of record, Scott N.

24 Johnson; Esther Ralich, stipulate as follows:

25

26

27

28

                 STIPULATION AND ORDER RE: EXTENSION OF TIME - 1

1.  No extension of time has been previously
    obtained except for the additional 10 days from
    the ORDER dated January 13, 2009.

2.  Defendant Roseville Auto Upholstery Inc. is
    granted an extension until February 11, 2009 to
    respond or otherwise plead reference to
    Plaintiff's complaint.

3.  Defendants' Roseville Auto Upholstery Inc.
    response will be due no later than February 11,
    2009.

    IT IS SO STIPULATED effective as of January 28, 2009.

Dated:  January 28, 2009            /s/Esther Ralich

                                    Esther Ralich,

                                    Attorney for Defendant

                                    Roseville Auto

                                    Upholstery Inc.


Dated:  January 28, 2009            /s/Scott N. Johnson ____

                                    Scott N. Johnson,

                                    Attorney for Plaintiff

STIPULATION AND ORDER RE: EXTENSION OF TIME - 2

1

**ORDER**

2    **IT IS SO ORDERED:** that Defendant Roseville Auto

3    Upholstery Inc. shall have until February 11, 2009 to

4    respond to complaint.

5

6    Dated: January 30, 2009

        FRANK C. DAMRELL, JR.

7            UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28