SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>ROSEVILLE AUTO UPHOLSTERY, INC.,<br><br>et. al.,<br><br>Defendants. | Case No.: CIV.S.08-02968-FCD-EFB<br><br>**ORDER FOR DISMISSAL OF MICHAEL MITCHELL AND KATIE MITCHELL ONLY**<br><br>Complaint Filed: DECEMBER 5, 2008<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendants (Michael Mitchell; Katie Mitchell) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to be remained open with remaining Defendants. Defendants (Michael Mitchell; Katie Mitchell) are dismissed because these Defendants no longer own the subject property.

Dated: April 8, 2009    /s/Scott N. Johnson_____
   SCOTT N. JOHNSON
   Attorney for Plaintiff

**IT IS SO ORDERED**.

Dated: April 8, 2009

   _____
   FRANK C. DAMRELL, JR.
   UNITED STATES DISTRICT JUDGE